1  KELLOGG, HUBER, HANSEN, TODD
   EVANS & FIGEL, P.L.L.C.
2  Michael K. Kellogg (*pro hac vice*)
   Mark C. Hansen (*pro hac vice*)
3  Email: mkellogg@khhte.com
           mhansen@khhte.com
4  1615 M Street, N.W., Suite 400
   Washington, D.C. 20036
5  Telephone:   (202) 326-7900
   Facscimile:  (202) 326-7999

6
   Douglas W. Sullivan (SB No. 0088136)
7  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
8  San Francisco, CA 94111
   Telephone: (415) 986-2800
9  Facsimile: (415) 986-2827

10 Attorneys for Defendant
   AT&T MOBILITY LLC

11

12              **UNITED STATES DISTRICT COURT**

13           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                        San Francisco Division
14

15 | FEDERAL TRADE COMMISSION, | Case No. 14-CV-04785-EMC |
   |---|---|
16 | Plaintiff, | **STIPULATED REQUEST AND PROPOSED ORDER FOR EXTENSION OF FILING DEADLINES FOR MOTION TO DISMISS, OPPOSITION TO MOTION TO DISMISS, AND REPLY IN SUPPORT OF MOTION TO DISMISS, AND FOR SCHEDULING OF HEARING AND INITIAL CASE MANAGEMENT CONFERENCE** |
17 | v. | |
18 | AT&T MOBILITY LLC, a limited liability company, | |
19 | | |
20 | Defendant. | |

21

22

23

24

25      Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, defendant AT&T Mobility LLC

26 ("AT&T") and plaintiff Federal Trade Commission ("FTC") (collectively, the "Parties") hereby

27 stipulate to an extension of the filing deadline governing AT&T's motion to dismiss, and hereby

28

file a stipulated request for a court order: (1) extending the deadlines governing (i) the FTC's opposition to AT&T's motion to dismiss and (ii) AT&T's reply in support of its motion to dismiss; and (2) scheduling an initial case management conference and a hearing on AT&T's motion to dismiss. The Parties require additional time to investigate all relevant issues and to submit their filings to the Court. The requested modifications will not affect the schedule for the case. The Parties therefore stipulate to the following schedule:

| Filing | Scheduled Due Date | Stipulated Due Date |
|---|---|---|
| Motion To Dismiss | December 29, 2014. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii). | **January 5, 2015** |
| Opposition to Motion To Dismiss | 14 days after the motion to dismiss is filed. *See* Civil L.R. 7-3(a). | **February 4, 2015** |
| Reply in Support of Motion To Dismiss | 7 days after the opposition is filed. *See* Civil L.R. 7-3(c). | **February 18, 2015** |
| Proceeding | | Stipulated Date |
| Hearing on Motion To Dismiss | | **March ~~5~~ 12, 2015** |
| Initial Case Management Conference | | **March ~~5~~ 12, 2015** |

Pursuant to Civil Local Rule 6-2, the reasons for the requested modification are set forth in a supporting declaration accompanying this request.

Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained concurrence in the filing of this document from all other signatories and that I have on file all holograph signatures for any signatures indicated by a "conformed" signature.

Respectfully submitted,

Dated: December 11, 2014

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

By:    /s/ *Michael K. Kellogg*
       Michael K. Kellogg

Attorney for Defendant
AT&T MOBILITY LLC

1  Dated: December 11, 2014                DAVID C. SHONKA
                                           Acting General Counsel
2
                                           By:    /s/ *Evan Rose*
3                                                 Evan Rose

4                                          Attorneys for Plaintiff
                                           FEDERAL TRADE COMMISSION
5

6

7

8
         PURSUANT TO STIPULATION, IT IS SO ORDERED.
9
                 12/12/14
10  DATED: _____          _____
                                           **HONORABLE EDWARD M. CHEN**
11                                         **UNITED STATES DISTRICT JUDGE**
                                           **NORTHERN DISTRICT OF CALIFORNIA**
12

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*