AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California (San Francisco) |

Federal Trade Commission

         Plaintiff(s),

V.

AT&T Mobility LLC

         Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-04785-EMC

Notice is hereby given that, subject to approval by the court, **AT&T Mobility LLC** (Party(s) Name) substitutes **David L. Anderson** (Name of New Attorney), State Bar No. **149604** as counsel of record in place of **Douglas W. Sullivan, Crowell & Moring LLP** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Sidley Austin LLP
- Address: 555 California Street, Suite 2000
- Telephone: (415) 772-1200      Facsimile: (415) 772-7400
- E-Mail (Optional): dlanderson@sidley.com

I consent to the above substitution.
Date: 1/27/2015
(Signature of Party(s))

I consent to being substituted.
Date: 1/27/2015
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/28/2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/4/15

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]