1  DAVID C. SHONKA
   Acting General Counsel
2
3  EVAN ROSE, Cal. Bar No. 253478
   MATTHEW D. GOLD, N.Y. Bar No. 2073963
4  LAURA FREMONT, Cal. Bar No. 159670
   ERIC EDMONDSON, D.C. Bar No. 450294
5  KERRY O'BRIEN, Cal. Bar No. 149264
6  DAVID M. NEWMAN, Cal. Bar No. 54218
   LINDA K. BADGER, Cal. Bar No. 122209
7
   Address:   Federal Trade Commission
8             901 Market Street, Suite 570
9             San Francisco, CA 94103

10 Email:     erose@ftc.gov; mgold@ftc.gov; lfremont@ftc.gov;
              eedmondson@ftc.gov; kobrien@ftc.gov;
11            dnewman@ftc.gov; lbadger@ftc.gov
12
   Tel. / Fax:  (415) 848-5100 / (415) 848-5184
13
   Attorneys for Plaintiff
14 FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY LLC, a limited liability company,<br><br>　　Defendant. | **Case No. 14-cv-04785-EMC**<br><br>**STIPULATED REQUEST FOR FURTHER LIMITED BRIEFING REGARDING DEFENDANT AT&T'S MOTION TO DISMISS**<br><br>Hearing Date:　Mar. 12, 2015<br>Time:　　　　　9:30 a.m.<br>Courtroom:　　5, 17th Floor |

**Stipulated Request for Further Briefing – 14-cv-04785-EMC**

1 | Pursuant to Civil Local Rules 7-3(d) and 7-12, plaintiff Federal Trade Commission ("FTC") and defendant AT&T Mobility LLC ("AT&T") (collectively, the "Parties") hereby respectfully request Court approval to submit limited additional briefing relevant to AT&T's Motion to Dismiss (Dkt. #29). This request is occasioned by recent action by the Federal Communications Commission ("FCC"). Earlier today, the FCC issued an order reclassifying broadband internet access services – including the mobile data service at issue in this case – as common carriage subject to Title II of the Communications Act. *See FCC Adopts Strong, Sustainable Rules to Protect the Open Internet*, FCC press release, Feb. 26, 2015, *available at* http://transition.fcc.gov/Daily_Releases/Daily_Business/2015/db0226/DOC-332260A1.pdf. Because AT&T's motion relies on the common carrier exemption to Section 5 of the FTC Act, 15 U.S.C. § 45, the parties believe that the Court would benefit from further limited briefing on what effect, if any, the FCC's action should have on this matter.

Accordingly, the parties request the following additional briefing:

1. A sur-reply, not to exceed ten pages, to be filed by the FTC on Tuesday, March 2, 2015.
2. A sur-sur-reply, not to exceed ten pages, to be filed by AT&T on Friday, March 5, 2015.

Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained concurrence in the filing of this document from all other signatories to this document.

Respectfully submitted,

Dated: Feb. 26, 2015

DAVID C. SHONKA
Acting General Counsel

    /s/ Evan Rose
EVAN ROSE *et al.*

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Dated: Feb. 26, 2015

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

　　　/s/ Michael K. Kellogg　　　
MICHAEL K. KELLOGG

Attorney for Defendant
AT&T MOBILITY LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

FTC's sur-reply due by Monday, March 2, 2015.
AT&T's sur-reply due by Thursday, March 5, 2015.

DATED: __2/27/15__　　　　　　　_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

**Stipulated Request for Further Briefing – 14-cv-04785-EMC**　　　　　　　**Page 3**