1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8   FEDERAL TRADE COMMISSION,              No. C-14-4785 EMC
9              Plaintiff,
10          v.                            **ORDER RE SUPPLEMENTAL**
                                          **BRIEFING**
11  AT&T MOBILITY LLC,
                                          **(Docket No. 29)**
12             Defendant.
    _____/
13
14
15          Pursuant to stipulation and order, the parties have provided sur-replies regarding Defendant
16  AT&T Mobility LLC's motion to dismiss.  Having considered those briefs, the Court hereby orders
17  Plaintiff the Federal Trade Commission to file a supplemental brief in response to AT&T's sur-
18  reply.  The brief shall be no longer than seven (7) pages and shall filed no later than **12:00 p.m. on**
19  **March 10, 2015**.
20
21          IT IS SO ORDERED.
22
23  Dated:  March 6, 2015
24
25                                        _____
                                          EDWARD M. CHEN
26                                        United States District Judge
27
28