KELLOGG, HUBER, HANSEN, TODD
EVANS & FIGEL, P.L.L.C.
Michael K. Kellogg (*pro hac vice*)
Mark C. Hansen (*pro hac vice*)
Email: mkellogg@khhte.com
          mhansen@khhte.com
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:    (202) 326-7900
Facsimile:     (202) 326-7999

SIDLEY AUSTIN LLP
David L. Anderson (CA Bar No. 149604)
Email: dlanderson@sidley.com
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:    (415) 772-1200
Facsimile:     (415) 772-7400

Attorneys for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 14-CV-04785-EMC |
| Plaintiff, | |
| v. | **STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO FILE AN ANSWER** |
| AT&T MOBILITY LLC, a limited liability company, | |
| Defendant. | |

1  Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, defendant AT&T Mobility LLC
2  ("AT&T") and plaintiff Federal Trade Commission ("FTC") (collectively, the "Parties") hereby
3  stipulate to and request a 14-day extension of the deadline for AT&T to file its Answer to the
4  Complaint.  The Parties therefore stipulate to a due date for the Answer of April 28, 2015.
5  Pursuant to Civil Local Rule 6-2, the reasons for the requested modification are set forth in
6  the Kellogg declaration accompanying this filing.
7  Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained concurrence in the
8  filing of this document from all other signatories represented by a "conformed" signature.

9  Respectfully submitted,

10
11  Dated:     April 9, 2015          KELLOGG, HUBER, HANSEN, TODD,
                                       EVANS & FIGEL, P.L.L.C.

12                                    By:    /s/ Michael K. Kellogg
13                                           Michael K. Kellogg

                                       Attorney for Defendant
14                                     AT&T MOBILITY LLC

15
16  Dated:     April 9, 2015          DAVID C. SHONKA
                                       Acting General Counsel

17                                    By:    /s/ Evan Rose
                                             Evan Rose
18
                                       Attorneys for Plaintiff
19                                     FEDERAL TRADE COMMISSION

20
21
22
23  PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
                april 13, 2015
25  DATED: _____        _____
                                          HONORABLE EDWARD M. CHEN
26                                        UNITED STATES DISTRICT JUDGE
                                          NORTHERN DISTRICT OF CALIFORNIA
27
28

STIPULATED REQUEST AND PROPOSED ORDER                                PAGE 2
TO EXTEND THE DEADLINE TO FILE AN ANSWER                             14-CV-04785-EMC