KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Michael K. Kellogg (*pro hac vice*)
Mark C. Hansen (*pro hac vice*)
Kenneth M. Fetterman (*pro hac vice*)
Email: mkellogg@khhte.com
       mhansen@khhte.com
       kfetterman@khhte.com
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:   (202) 326-7900
Facsimile:   (202) 326-7999

SIDLEY AUSTIN LLP
David L. Anderson (CA Bar No. 149604)
Email: dlanderson@sidley.com
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, a limited liability company,<br><br>Defendant. | Case No. 14-CV-04785-EMC<br><br>**STIPULATED REQUEST AND [P~~ROPO~~SED] ORDER TO EXTEND THE DEADLINE TO FILE A JOINT PROPOSAL FOR PHASED DISCOVERY** |

1    Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, defendant AT&T Mobility LLC
2  ("AT&T") and plaintiff Federal Trade Commission ("FTC") (collectively, the "Parties") hereby
3  stipulate to a 7-day extension of the filing deadline to file a joint proposal for Phase II discovery,
4  and hereby file a stipulated request for a court order extending the deadline to February 11, 2016.
5    Pursuant to Civil Local Rule 6-2, the reasons for the requested modification are set forth in
6  a supporting declaration accompanying this request.
7    Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained concurrence in the
8  filing of this document from all other signatories represented by a "conformed" signature.

Respectfully submitted,

Dated:    February 4, 2016          KELLOGG, HUBER, HANSEN, TODD,
                                     EVANS & FIGEL, P.L.L.C.

                                     By:    /s/ *Kenneth M. Fetterman*
                                            Kenneth M. Fetterman

                                     Attorney for Defendant
                                     AT&T MOBILITY LLC

Dated:    February 4, 2016          By:    /s/ *Evan Rose*
                                            Evan Rose

                                     Attorney for Plaintiff
                                     FEDERAL TRADE COMMISSION


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   February 5, 2016           _____
                                     HONORABLE
                                     UNITED STATES
                                     NORTHERN DISTRICT OF CALIFORNIA

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court Northern District of California]