1   KELLOGG, HUBER, HANSEN, TODD
    EVANS & FIGEL, P.L.L.C.
2   Michael K. Kellogg (*pro hac vice*)
    Mark C. Hansen (*pro hac vice*)
3   Email: mkellogg@khhte.com
            mhansen@khhte.com
4   1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
5   Telephone:    (202) 326-7900
    Facsimile:    (202) 326-7999
6
    SIDLEY AUSTIN LLP
7   David L. Anderson (CA Bar No. 149604)
    Email: dlanderson@sidley.com
8   555 California Street, Suite 2000
    San Francisco, California 94104
9   Telephone:    (415) 772-1200
    Facsimile:    (415) 772-7400
10
    Attorneys for Defendant
11  AT&T MOBILITY LLC

12
                    **UNITED STATES DISTRICT COURT**
13
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14
                        SAN FRANCISCO DIVISION
15

16  FEDERAL TRADE COMMISSION,          | Case No. 14-CV-04785-EMC

17              Plaintiff,

18        v.                           | **STIPULATED REQUEST AND
                                       | [PROPOSED] ORDER TO POSTPONE
19  AT&T MOBILITY LLC, a limited liability | CASE MANAGEMENT CONFERENCE**
    company,
20
                Defendant.
21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, defendant AT&T Mobility LLC

2  ("AT&T") and plaintiff Federal Trade Commission ("FTC") (collectively, the "Parties") hereby

3  stipulate to and request a 10-week postponement of the case management conference currently

4  scheduled for October 6, 2016 (*see* ECF No. 114).  If the postponement is granted, the next case

5  management conference will be rescheduled for December 15, 2016 at 10:30 a.m.

6    Pursuant to Civil Local Rule 6-2, the reasons for the requested modification are set forth in

7  the Kellogg declaration accompanying this filing.

8    Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained concurrence in the

9  filing of this document from all other signatories represented by a "conformed" signature.

10                                        Respectfully submitted,

11

12  Dated:      September 23, 2016        KELLOGG, HUBER, HANSEN, TODD,
                                         EVANS & FIGEL, P.L.L.C.

13                                       By:    /s/ *Michael K. Kellogg*
                                                Michael K. Kellogg

14
                                         Attorney for Defendant
15                                       AT&T MOBILITY LLC

16
    Dated:      September 23, 2016
17

18                                       By:    /s/ *Evan Rose*
                                                Evan Rose
19
                                         Attorney for Plaintiff
20                                       FEDERAL TRADE COMMISSION

21

22

23

24    PURSUANT TO STIPULATION, IT IS SO ORDERED

25           September 27, 2016
                                         IT IS SO ORDERED
26  DATED: _____
                                         Judge Edward M. Chen
27                                       _____
                                         HONORABLE EDWARD M. CHEN
                                         UNITED STATES DISTRICT JUDGE
28                                       NORTHERN DISTRICT OF CALIFORNIA