1  KELLOGG, HUBER, HANSEN, TODD
   EVANS & FIGEL, P.L.L.C.
2  Michael K. Kellogg (*pro hac vice*)
   Mark C. Hansen (*pro hac vice*)
3  Email: mkellogg@khhte.com
          mhansen@khhte.com
4  1615 M Street, N.W., Suite 400
   Washington, D.C. 20036
5  Telephone:   (202) 326-7900
   Facsimile:   (202) 326-7999
6
   SIDLEY AUSTIN LLP
7  David L. Anderson (CA Bar No. 149604)
   Email: dlanderson@sidley.com
8  555 California Street, Suite 2000
   San Francisco, California 94104
9  Telephone:   (415) 772-1200
   Facsimile:   (415) 772-7400
10
   Attorneys for Defendant
11 AT&T MOBILITY LLC

12
13              **UNITED STATES DISTRICT COURT**

14           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                       SAN FRANCISCO DIVISION

16 | FEDERAL TRADE COMMISSION, | Case No. 14-CV-04785-EMC |

17 | Plaintiff, | |

18 | v. | **STIPULATED REQUEST AND [PR~~OPO~~SED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |

19 | AT&T MOBILITY LLC, a limited liability company, | |

20

21 | Defendant. | |

22
23
24
25
26
27
28

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, defendant AT&T Mobility LLC ("AT&T") and plaintiff Federal Trade Commission ("FTC") hereby stipulate to and request a 10-week further postponement of the case management conference currently scheduled for December 15, 2016 (*see* ECF No. 117). If the postponement is granted, the next case management conference will be rescheduled for February 23, 2017, at 10:30 a.m.

Pursuant to Civil Local Rule 6-2, the reasons for the requested modification are set forth in the Kellogg declaration accompanying this filing.

Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained concurrence in the filing of this document from all other signatories represented by a "conformed" signature.

Respectfully submitted,

Dated: December 7, 2016

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

By: /s/ *Michael K. Kellogg*
Michael K. Kellogg

Attorney for Defendant
AT&T MOBILITY LLC

Dated: December 7, 2016

By: /s/ *Evan Rose*
Evan Rose

Attorney for Plaintiff
FEDERAL TRADE COMMISSION

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Further CMC is reset for 3/2/2017 at 10:30 a.m. An updated joint CMC statement shall be filed by 2/23/2017.

DATED: ~~12/9/2016~~

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA