KELLOGG, HUBER, HANSEN, TODD
EVANS & FIGEL, P.L.L.C.
Michael K. Kellogg (*pro hac vice*)
Mark C. Hansen (*pro hac vice*)
Email: mkellogg@khhte.com
         mhansen@khhte.com
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:    (202) 326-7900
Facsimile:    (202) 326-7999

SIDLEY AUSTIN LLP
David L. Anderson (CA Bar No. 149604)
Email: dlanderson@sidley.com
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:    (415) 772-1200
Facsimile:    (415) 772-7400

Attorneys for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 14-CV-04785-EMC |
| Plaintiff, | |
| v. | **STIPULATED REQUEST AND [PR~~OP~~OSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |
| AT&T MOBILITY LLC, a limited liability company, | |
| Defendant. | |

1  Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, defendant AT&T Mobility LLC
2  ("AT&T") and plaintiff Federal Trade Commission ("FTC") hereby stipulate to and request a
3  10-week further postponement of the case management conference currently scheduled for
4  March 2, 2017 (*see* ECF No. 119).  If the postponement is granted, the next case management
5  conference will be rescheduled for May 11, 2017, at 10:30 a.m.
6  Pursuant to Civil Local Rule 6-2, the reasons for the requested modification are set forth in
7  the Kellogg declaration accompanying this filing.
8  Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained concurrence in the
9  filing of this document from all other signatories represented by a "conformed" signature.

Respectfully submitted,

Dated: February 22, 2017

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.

By:   /s/ *Michael K. Kellogg*
      Michael K. Kellogg

Attorney for Defendant
AT&T MOBILITY LLC

Dated: February 22, 2017

By:   /s/ *Evan Rose*
      Evan Rose

Attorney for Plaintiff
FEDERAL TRADE COMMISSION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  February 27, 2017

_____
**HONORABLE**
**UNITED STATES**
**NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATED REQUEST AND PROPOSED ORDER
TO POSTPONE CASE MANAGEMENT CONFERENCE

PAGE 2
14-CV-04785-EMC