KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
Michael K. Kellogg (*pro hac vice*)
Mark C. Hansen (*pro hac vice*)
Email: mkellogg@kellogghansen.com
       mhansen@kellogghansen.com
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:   (202) 326-7900
Facsimile:   (202) 326-7999

SIDLEY AUSTIN LLP
David L. Anderson (CA Bar No. 149604)
Email: dlanderson@sidley.com
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

Attorneys for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC, a limited liability company,<br><br>    Defendant. | Case No. 14-CV-04785-EMC<br><br>**STIPULATED REQUEST AND [P~~ROPOSE~~D] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, defendant AT&T Mobility LLC ("AT&T") and plaintiff Federal Trade Commission ("FTC") hereby stipulate to and request a 10-week further postponement of the case management conference currently scheduled for May 11, 2017 (*see* ECF No. 121). If the postponement is granted, the next case management conference will be rescheduled for July 20, 2017, at 10:30 a.m.

Pursuant to Civil Local Rule 6-2, the reasons for the requested modification are set forth in the Kellogg declaration accompanying this filing.

Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained concurrence in the filing of this document from all other signatories represented by a "conformed" signature.

Respectfully submitted,

Dated: May 3, 2017

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

By:   /s/ *Michael K. Kellogg*
      Michael K. Kellogg

Attorney for Defendant
AT&T MOBILITY LLC

Dated: May 3, 2017

By:   /s/ *Evan Rose*
      Evan Rose

Attorney for Plaintiff
FEDERAL TRADE COMMISSION

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Further CMC is reset from 5/11/17 to 7/27/17 at 10:30 a.m. An updated joint CMC statement shall be filed by 7/20/17.

DATED: May 5, 2017

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen