1  KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
2  Michael K. Kellogg (*pro hac vice*)
   Mark C. Hansen (*pro hac vice*)
3  Email: mkellogg@kellogghansen.com
          mhansen@kellogghansen.com
4  1615 M Street, N.W., Suite 400
   Washington, D.C. 20036
5  Telephone:    (202) 326-7900
   Facsimile:    (202) 326-7999
6
   SIDLEY AUSTIN LLP
7  David L. Anderson (CA Bar No. 149604)
   Email: dlanderson@sidley.com
8  555 California Street, Suite 2000
   San Francisco, California 94104
9  Telephone:    (415) 772-1200
   Facsimile:    (415) 772-7400
10
   Attorneys for Defendant
11 AT&T MOBILITY LLC

12

**UNITED STATES DISTRICT COURT**

13

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16 FEDERAL TRADE COMMISSION, | Case No. 14-CV-04785-EMC |
| 17     Plaintiff, | |
| 18     v. | **STIPULATED REQUEST AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |
| 19 AT&T MOBILITY LLC, a limited liability company, | |
| 20 | |
| 21     Defendant. | |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, defendant AT&T Mobility LLC ("AT&T") and plaintiff Federal Trade Commission ("FTC") hereby stipulate to and request a 10-week further postponement of the case management conference currently scheduled for January 23, 2018 (*see* ECF No. 131). If the postponement is granted, the next case management conference will be rescheduled for April 3, 2018, at 10:30 a.m.

Pursuant to Civil Local Rule 6-2, the reasons for the requested modification are set forth in the Kellogg declaration accompanying this filing.

Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained concurrence in the filing of this document from all other signatories represented by a "conformed" signature.

Respectfully submitted,

Dated: January 12, 2018

KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.

By: /s/ *Michael K. Kellogg*
Michael K. Kellogg

Attorney for Defendant
AT&T MOBILITY LLC

Dated: January 12, 2018

By: /s/ *Evan Rose*
Evan Rose

Attorney for Plaintiff
FEDERAL TRADE COMMISSION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Further CMC is reset for 4/5/18 at 10:30 a.m.

DATED: 1/12/18

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA