ALDEN F. ABOTT
Acting General Counsel

EVAN ROSE, Cal. Bar No. 253478
MATTHEW D. GOLD, N.Y. Bar No. 2073963
LAURA FREMONT, Cal. Bar No. 159670
KERRY O'BRIEN, Cal. Bar No. 149264
LIN W. KAHN, Cal. Bar No. 261387
EMILY COPE BURTON, Cal. Bar No. 221127
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Email: erose@ftc.gov; mgold@ftc.gov; lfremont@ftc.gov;
kobrien@ftc.gov; lkahn@ftc.gov; eburton@ftc.gov
Tel: (415) 848-5100; Fax: (415) 848-5184

MARICELA SEGURA, Cal. Bar No. 225999
Federal Trade Commission
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
Email: msegura@ftc.gov
Tel: (310) 824-4343; Fax: (310) 824-4380

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC, a limited liability company,<br><br>    Defendant. | **Case No. 3:14-cv-04785-EMC**<br><br>**NOTICE OF APPEARANCE OF EMILY COPE BURTON AS COUNSEL FOR FEDERAL TRADE COMMISSION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, EMILY COPE BURTON, of the Federal Trade Commission, hereby enter my appearance as counsel for Plaintiff FEDERAL TRADE COMMISSION in this matter. I am a member of the State Bar of California and am employed by the United States government. My address, telephone number, and email address are as follows:

Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone: (415) 848-5100
Email: eburton@ftc.gov

Please serve said counsel with all pleadings and notices in this action.

Dated: May 1, 2018                    /s/ Emily Cope Burton
                                      EMILY COPE BURTON

                                      Attorney for Plaintiff
                                      FEDERAL TRADE COMMISSION