KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
Michael K. Kellogg (*pro hac vice*)
Mark C. Hansen (*pro hac vice*)
Email: mkellogg@kellogghansen.com
        mhansen@kellogghansen.com
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:   (202) 326-7900
Facsimile:   (202) 326-7999

SIDLEY AUSTIN LLP
David L. Anderson (CA Bar No. 149604)
Email: dlanderson@sidley.com
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

Attorneys for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 14-CV-04785-EMC |
| Plaintiff, | **AT&T MOBILITY LLC'S NOTICE OF LAPSING OF DEADLINE TO FILE A PETITION FOR CERTIORARI** |
| v. | |
| AT&T MOBILITY LLC, a limited liability company, | |
| Defendant. | |

1    At the May 10, 2018 case management conference in this matter, AT&T informed the
2    Court that it expected at that time to request a 60-day extension from the Supreme Court of the
3    deadline to file a petition for certiorari.  See Audio Recording of May 10, 2018 Hr'g at 7:22.
4    Since that hearing, AT&T has decided not to request such an extension and not to file a petition
5    for certiorari to review the decision of the *en banc* Ninth Circuit, *see* 883 F.3d 848 (9th Cir. 2018).
6    The deadline to file a petition for certiorari lapsed on May 29, 2018.

8    Dated:  May 30, 2018                                          Respectfully submitted,

9                                                                                    KELLOGG, HANSEN, TODD,
                                                                                         FIGEL & FREDERICK, P.L.L.C.
10
                                                                                    By:      /s/ *Michael K. Kellogg*
11                                                                                            Michael K. Kellogg

12                                                                                  Attorney for Defendant
                                                                                    AT&T MOBILITY LLC