| | |
|---|---|
| ALDEN F. ABOTT<br>General Counsel<br><br>EVAN ROSE, Cal. Bar No. 253478<br>MATTHEW D. GOLD, N.Y. Bar No. 2073963<br>LAURA FREMONT, Cal. Bar No. 159670<br>EMILY COPE BURTON, Cal. Bar No. 221127<br>COLIN HECTOR, Cal. Bar No. 281795<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Email: erose@ftc.gov; mgold@ftc.gov;<br>lfremont@ftc.gov; eburton@ftc.gov;<br>chector@ftc.gov<br>Tel.: (415) 848-5100; Fax: (415) 848-5184<br><br>MARICELA SEGURA, Cal. Bar No. 225999<br>D. EMILY WU, Cal. Bar No. 293670<br>10990 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90024<br>Email: msegura@ftc.gov; ewu@ftc.gov<br>Tel: (310) 824-4343; Fax: (310) 824-4380<br><br>MICHAEL J. DAVIS, N.Y. Bar No. 3049095<br>600 Pennsylvania Ave., NW<br>Mail Drop CC-10528<br>Washington, DC 20580<br>Email: mdavis@ftc.gov<br>Tel: (202) 326-2458; Fax: (202) 326-3259<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION | Jeffrey M. Tillotson (SBN 139372)<br>TILLOTSON LAW<br>1807 Ross Avenue, Suite 325<br>Dallas, TX 75201<br>Telephone: (214) 382-3040<br>jtillotson@TillotsonLaw.com<br><br>Pete Marketos (*pro hac vice*)<br>REESE MARKETOS LLP<br>750 North Saint Paul Street, Suite 600<br>Dallas, TX 75201<br>Telephone: (214) 382-9810<br>pete.marketos@rm-firm.com<br><br>Michael K. Kellogg (*pro hac vice*)<br>Mark C. Hansen (*pro hac vice*)<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK P.L.L.C.<br>1615 M Street, NW, Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7900<br>mkellogg@kellogghansen.com<br>mhansen@kellogghansen.com<br><br>David L. Anderson, SBN 149604<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Email: dlanderson@sidley.com<br><br>Attorneys for Defendant<br>AT&T MOBILITY LLC |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC, a limited liability company,<br><br>  Defendant. | Case No. 14-cv-04785-EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR A STAY OF DEADLINES IN LIGHT OF UNITED STATES GOVERNMENT CESSATION** |

The Federal Trade Commission ("FTC" or "Commission") hereby moves for a temporary stay of all deadlines in this case.[1]  Defendant AT&T Mobility LLC ("AT&T") stipulates to the FTC's request.  In support of this motion, counsel for the FTC states as follows:

1. At the end of the day on December 21, 2018, appropriations for the FTC expired.  The FTC had sufficient carryover funds to continue operating through the end of day on December 28.  Since then, the agency has lacked appropriated funding, and does not know when funding will be restored.

2. Absent an appropriation, FTC attorneys are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3. Undersigned counsel for the FTC therefore requests that the Court stay all deadlines in this case until Congress has restored appropriations to the FTC.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC.  The Commission requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigant, the FTC hereby moves for a stay of briefing in this case until FTC attorneys are permitted to resume their usual civil litigation functions.

Dated: January 9, 2019                    Respectfully submitted,

/s/ Evan Rose
Evan Rose

Attorney for Plaintiff
FEDERAL TRADE COMMISSION

(The filer attests that concurrence in the filing of this document has been obtained from the other signatories.)

---

[1] A case management conference statement is due in this matter on January 10, 2019, and the case management conference is scheduled for January 17, 2019.  Dkt. #161.

                         /s/ Peter D. Marketos
                         Peter D. Marketos
                         Jeffrey M. Tillotson
                         Michael K. Kellogg
                         David L. Anderson

                         Counsel for Defendant
                         AT&T MOBILITY LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 14, 2019

                         HONORABLE EDWARD M. CHEN
                         UNITED STATES DISTRICT COURT JUDGE
                         NORTHERN DISTRICT OF CALIFORNIA