| | |
|---|---|
| ALDEN F. ABBOTT<br>General Counsel<br><br>EVAN ROSE, Cal. Bar No. 253478<br>MATTHEW D. GOLD, N.Y. Bar No. 2073963<br>LAURA FREMONT, Cal. Bar No. 159670<br>EMILY COPE BURTON, Cal. Bar No. 221127<br>COLIN HECTOR, Cal. Bar No. 281795<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Email: erose@ftc.gov; mgold@ftc.gov;<br>lfremont@ftc.gov; eburton@ftc.gov;<br>chector@ftc.gov<br>Tel: (415) 848-5100; Fax: (415) 848-5184<br><br>MARICELA SEGURA, Cal. Bar No. 225999<br>D. EMILY WU, Cal. Bar No. 293670<br>10990 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90024<br>Email: msegura@ftc.gov; ewu@ftc.gov<br>Tel: (310) 824-4343; Fax: (310) 824-4380<br><br>MICHAEL J. DAVIS, N.Y. Bar No. 3049095<br>600 Pennsylvania Ave., NW<br>Mail Drop CC-10528<br>Washington, DC 20580<br>Email: mdavis@ftc.gov<br>Tel: (202) 326-2458; Fax: (202) 326-3259<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION | Jeffrey M. Tillotson (SBN 139372)<br>TILLOTSON LAW<br>1807 Ross Avenue, Suite 325<br>Dallas, TX 75201<br>Telephone: (214) 382-3040<br>jtillotson@TillotsonLaw.com<br><br>Pete Marketos (*pro hac vice*)<br>REESE MARKETOS LLP<br>750 North Saint Paul Street, Suite 600<br>Dallas, TX 75201<br>Telephone: (214) 382-9810<br>pete.marketos@rm-firm.com<br><br>Michael K. Kellogg (*pro hac vice*)<br>Mark C. Hansen (*pro hac vice*)<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK P.L.L.C.<br>1615 M Street, NW, Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7900<br>mkellogg@kellogghansen.com<br>mhansen@kellogghansen.com<br><br>Ryan M. Sandrock, SBN 251781<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Email: rsandrock@sidley.com<br><br>Attorneys for Defendant<br>AT&T MOBILITY LLC |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC, a limited liability company,<br><br>    Defendant. | Case No. 14-cv-04785-EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR FURTHER STAY OF DISCOVERY** |

1    Pursuant to Civ. L.R. 6-1, 6-2, and 7-12, Plaintiff Federal Trade Commission ("FTC")
2  and Defendant AT&T Mobility LLC ("AT&T") hereby stipulate to and request a stay of
3  discovery through November 21, 2019.  The facts underlying this requested stay are set forth in
4  the declaration accompanying this stipulated request.
5    On August 2, 2019, the parties notified the Court that they had reached an agreement in
6  principle on injunctive provisions and the amount of monetary relief.  Dkt. #179.  The parties
7  requested a stay until August 23 for the purposes of (1) finalizing the order provisions related to
8  the administration of consumer redress and (2) securing final approval of the settlement
9  agreement from AT&T.  *Id.*  The Court granted the parties' request for a stay.  Dkt. #181.
10    The parties have now finalized the redress administration provisions and secured
11 AT&T's final approval of the settlement agreement.  Accordingly, the parties request that the
12 Court grant a 90-day stay, through November 21, to provide the FTC's Commissioners with an
13 opportunity to review and vote on the proposed settlement.  The parties will notify the Court
14 once the FTC's Commissioners have voted on the proposed settlement.
15    The Court has previously issued the following orders granting stipulated requests to
16 change time:
17 - Request to extend the deadlines to file the motion to dismiss and the opposition
18   and reply thereto (Dkt. #26);
19 - Request to extend the deadline to file AT&T's answer (Dkt. #58);
20 - Request to extend the deadline to file a joint proposal for phased discovery
21   (Dkt. #103);
22 - Requests to postpone the CMC, primarily in connection with appellate review in
23   this matter (Dkt. #117, 119, 121, 123, 127, 130, 133, 138, 161);
24 - Request to stay all deadlines in this case in connection with the lapse in
25   appropriated funding for the FTC (Dkt. #164); and

- Request to stay discovery to finalize settlement provisions related to the administration of consumer redress and secure final approval of the settlement agreement from AT&T (Dkt. #181).

Respectfully submitted,

Dated: August 23, 2019                  /s/ Evan Rose

Evan Rose
Matthew D. Gold
Laura Fremont
Maricela Segura
Emily Cope Burton
Michael J. Davis
D. Emily Wu
Colin Hector

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

(The filer attests that concurrence in the filing of this document has been obtained from the other signatory.)

                 /s/ Peter D. Marketos
Peter D. Marketos
Jeffrey M. Tillotson

Counsel for Defendant
AT&T MOBILITY LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
                                HONORABLE EDWARD M. CHEN
                                UNITED STATES DISTRICT COURT JUDGE
                                NORTHERN DISTRICT OF CALIFORNIA