Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Roger N. Heller (State Bar No. 215348)
rheller@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiffs and the Proposed Class in Roberts*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS A. ROBERTS, KENNETH A. CHEWEY, ASHLEY M. CHEWEY, and JAMES KRENN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>Defendant. | Case No.  3:15-cv-03418-EMC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR JOINT STATUS CONFERENCE IN THE *ROBERTS* AND FTC ACTIONS**<br><br>The Honorable Edward M. Chen |
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, a limited liability company,<br><br>Defendant. | Case No. 3:14-cv-04785-EMC |

1   Pursuant to Civil Local Rules 7-11 and 16-10(c), Plaintiffs in the above-captioned *Roberts* case respectfully request that the Court set a joint status conference for the earliest practicable date in *Roberts* and in the related case pending before this Court, *FTC v. AT&T Mobility LLC*, No. 3:14-cv-4785-EMC (N.D. Cal.) (the "FTC Action"). (*Roberts* and the FTC Action have been formally related; *see* Dkt. 7.)  The *Roberts* Plaintiffs respectfully submit that a status conference is necessary to help protect the interests of Plaintiffs and the putative class members in *Roberts*.

As the Court is aware, the *Roberts* action and the FTC Action both challenge alleged false and deceptive advertising and unfair practices by AT&T regarding its "unlimited" mobile data plans.  The most recent status conference in *Roberts* was held on August 22, 2019.  (Dkt. 143)  On August 23, 2019, AT&T and the FTC notified the Court that:  they had finalized the terms of a settlement agreement in the FTC Action which includes "consumer redress" (hereinafter, the "FTC Agreement"); AT&T had signed the FTC Agreement; and the FTC Agreement would be presented to the FTC commissioners for approval. (FTC Action, Dkt. 182).[1]  It is the *Roberts* Plaintiffs' understanding that, as of the present filing, the Commission has not yet formally approved the FTC Agreement, but that if and when they do so, AT&T and the FTC plan to file the FTC Agreement with the Court and request that the Court promptly enter an order effectuating same.

Counsel for the *Roberts* Plaintiffs have reached out to counsel for AT&T and the FTC, requesting the terms of the FTC Agreement and asking whether the FTC Agreement purports to adjudicate or release any claims of plaintiffs or the putative class members in *Roberts*.  The FTC stated that it was not at liberty to share the agreement with any third party before it is public.  AT&T, for its part, would not agree to share the agreement pursuant to a confidentiality (i.e., non-disclosure) agreement where *Roberts* counsel would reserve the ability to bring the information to the Court's attention (under seal) if they believed it was necessary to do so to protect the putative class's interests.

While they have not seen the agreement or its terms, the undersigned have been informed

---

[1] A few weeks prior, AT&T and the FTC had informed the Court they had reached an agreement in principle on certain settlement terms.  FTC Action Dkt. 179.

1  (including by AT&T and the FTC declining to state otherwise) that the FTC Agreement may
2  affect the interests of Plaintiffs and the putative class members in *Roberts*.  AT&T has suggested
3  that any concerns regarding these issues should be raised in *Roberts* after the FTC Agreement has
4  been entered as an order in the FTC Action.  However, by that time it may be too late to avoid or
5  fully avoid undue prejudice to the putative class members.

6      To be clear, the *Roberts* Plaintiffs do not know the terms of the FTC Agreement.  They do
7  not know, for example, how much monetary relief will be provided to consumers under the
8  agreement, how that money will be distributed, or whether the agreement purports to require
9  consumers to release their private claims (e.g., by virtue of cashing a check) without adequate
10  notice and/or due process.  The *Roberts* Plaintiffs are filing this motion requesting a joint status
11  conference, proactively and without prejudging the agreement, in order to ensure that they have
12  an opportunity to review and weigh in regarding the FTC Agreement *before* the FTC Agreement
13  is entered as an order in the FTC Action.  That is critical because neither the FTC nor AT&T
14  represents the interests of Plaintiffs or the putative class members in *Roberts*.

15      The *Roberts* Plaintiffs' interests here are sufficient to support formal intervention in the
16  FTC Action pursuant to Fed. R. Civ. P. 24, however the *Roberts* Plaintiffs submit that the most
17  efficient mechanism to address these issues, for the parties and the Court, would be a joint status
18  conference.  Accordingly, the *Roberts* Plaintiffs respectfully request that the Court set a joint
19  status conference in *Roberts* and the FTC Action for the soonest practicable date to address the
20  foregoing.   A proposed order is being filed herewith.

21      The *Roberts* Plaintiffs asked AT&T and the FTC to consent to this request for a status
22  conference.  Both AT&T and the FTC responded that they would not consent.  *See* Heller Decl..,
23  ¶ 2.

| | | |
|---|---|---|
| 1 | Dated: October 13, 2019 | Respectfully submitted, |
| 2 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 3 | | By: */s/ Roger N. Heller* |

Michael W. Sobol (State Bar No. 194857)
Roger N. Heller (State Bar No. 215348)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Alexander H. Schmidt, Esq.
Fairways Professional Plaza
5 Professional Circle
Colts Neck, New Jersey 07722
Telephone: (732) 226-0004

D. Anthony Mastando
Eric J. Artrip
MASTANDO & ARTRIP, LLC
301 Washington St., Suite 302
Huntsville, AL 35801
Telephone: (256) 532-2222

Daniel M. Hattis (SBN 232141)
HATTIS LAW
Post Office Box 1645
Bellevue, Washington 98009-1645
Telephone: (650) 980-1990
Facsimile: (425) 412-7171

*Attorneys for Plaintiffs and the Proposed Class*